UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

CAR REAL PROPERTIES, LLC and TBC RETAIL GROUP, INC.,
    Defendant(s).

Case No: 23-cv-24704-JICW

# **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, AMIN LAKHANI, and Defendants, CAR REAL PROPERTIES, LLC and TBC RETAIL GROUP, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Sarah J. Lis
Sarah J. Lis (FL Bar No. 70747)
AKERMAN LLP
201 E. Las Olas Blvd., 18th Floor
Ft. Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-Mail: sarah.lis@akerman.com
jill.parnes@akerman.com
*Attorney for Defendant TBC Retail*

s/ William G. Salim, Jr.
WILLIAM G. SALIM, JR., P.A.
1000 Corporate Drive, Suite 330
Fort Lauderdale, FL 33334
Telephone: (954) 491-2000
E-mail: wsalim@wgsjrlaw.com
cleibovitz@wgsjrlaw.com
*Attorney for Defendant CAR Real Properties*