# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-24704-Cohn/Valle

AMIN LAKHANI,

    Plaintiff,

vs.

TBC RETAIL GROUP, INC., and CAR REAL PROPERTIES, LLC a/k/a CAR PROPERTIES, LLC,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Amin Lakhani ("Plaintiff"), and Defendants, TBC RETAIL GROUP, INC., and CAR RETAIL PROPERTIES, LLC a/k/a CAR PROPERTIES, LLC ("Defendants") (each a "Party" and collectively, the "Parties"), having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*.

Each Party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated: April 1, 2024.

| | |
|---|---|
| */s/ Sarah J. Lis* | */s/ Glenn R. Goldstein* |
| Sarah J. Lis (FBN: 70747) | Glenn R. Goldstein, Esq. (FBN: 55873) |
| E-mail: sarah.lis@akerman.com | E-mail: GGoldstein@G2Legal.net |
| **AKERMAN LLP** | **Glenn R. Goldstein & Associates, PLLC** |
| 201 E. Las Olas Blvd., 18th Floor | 8101 Biscayne Blvd., Ste. 504 |
| Ft. Lauderdale, Florida 33301 | Miami, Florida 33138 |
| Telephone: (954) 463-2700 | Telephone: (561) 573-2106 |
| Facsimile: (954) 463-2224 | *Attorneys for Plaintiff* |
| *Attorneys for Defendant TBC* | |

 */s/ William G. Salim, Jr.*
Fl. Bar No. 750379
WILLIAM G. SALIM, JR., P.A.

*Attorneys for Defendant CRP*
1000 Corporate Drive, Suite 330
Fort Lauderdale, FL  33334
Telephone:  (954) 491-2000
E-mail:  wsalim@wgsjrlaw.com
Secondary:  cleibovitz@wsgsjrlaw.com